No. D–186.  IN RE DISBARMENT OF COOPER.  It is ordered that David B. Cooper, of Bellaire, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not 'be disbarred from the practice of law in this Court.

No. D–187.  IN RE DISBARMENT OF WOLK.  It is ordered that Leon S. Wolk, of Woodcliff Lake, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–188.  IN RE DISBARMENT OF KESLER.  It is ordered that John A. Kesler, of Terre Haute, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–189.  IN RE DISBARMENT OF MANN.  It is ordered that Robert G. Mann, of Indianapolis, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–190.  IN RE DISBARMENT OF FUSCIELLO.  It is ordered that John P. Fusciello, of Colts Neck, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 78–1577.  SEARS, ROEBUCK & CO. v. COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  [Certiorari granted, 444 U. S. 823.]  Case restored to calendar for reargument.  MR. JUSTICE STEWART took no part in the consideration or decision of this order.